UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                                  :
                                                        :
PURDUE PHARMA L.P.,                                     :
          Debtor.                                   :   **ORDER**
--------------------------------------------------------------x
LAC LA RONGE INDIAN BAND                                :   23 CV 1541 (VB)
(CANADIAN FIRST NATION),                                :
          Appellant,                                :
                                                        :
v.                                                      :
                                                        :
PURDUE PHARMA L.P.,                                     :
          Appellee.                                 :
--------------------------------------------------------------x

As discussed at a conference held today and attended by counsel for all parties, it is

HEREBY ORDERED:

1. Appellant's brief is due **June 1, 2023**.

2. Appellee's opposition brief is due **July 5, 2023**.

3. Appellant's reply is due **July 26, 2023**.

Dated: March 30, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge